UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

ANDREW YARIEL REYES FUNES,

Petitioner(s),

v.

MONROE COUNTY JAIL, WARDEN, ET. AL.,

Respondent(s),
_______________________________/

Case No. 26-12995

F. Kay Behm
United States District Judge

**ORDER VACATING THE TEXT-ONLY ORDER ENTERED ON AUGUST 25, 2026 AND CLOSING CASE**

On September 8, 2026, Petitioner filed a Notice of Voluntary Dismissal without Prejudice (ECF No. 5). The case is now closed.

It is **ORDERED** that the Text-Only Order entered on August 25, 2026, enjoining the respondents from transferring, relocating, or removing Petitioner without further order of the court is **VACATED**.

**SO ORDERED.**

Date: October 1, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge